# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TOMIE KATHLEEN AVANT, | ) | Case No. 05-30657 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TOMIE KATHLEEN AVANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 06-3015 |
| | ) | |
| SALLIE MAE SERVICING, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, it is

ORDERED that the student loans the Debtor owes to Sallie Mae are hereby DISCHARGED pursuant to 11 U.S.C. § 523(a)(8). It is

FURTHER ORDERED that the student loans the Debtor owes to the U.S. Department of Education are hereby DISCHARGED pursuant to 11 U.S.C. § 523(a)(8).

**SO ORDERED** this 21st day of December, 2006.

/s/ Jerry W. Venters  
HONORABLE JERRY W. VENTERS  
UNITED STATES BANKRUPTCY JUDGE

A copy of the foregoing was mailed
conventionally or electronically to:
Mark J. Schultz
Aaron W. Farber
Earl W. Brown, III